**FILED**

December 31, 2024

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY: _____ slt _____

DEPUTY

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**MIDLAND DIVISION**

Matthew J. Pease, Pro Se

Plaintiff,

v.

SECURITIES & EXCHANGE COMMISSION, et al.,

Defendants.

Case No. 7:24-CV-00322-DC

Honorable Judge David Counts

---

## MOTION FOR PERMISSION TO FILE ELECTRONICALLY

Plaintiff, Matthew J. Pease, proceeding pro se in the above-captioned matter, respectfully

requests permission from this Honorable Court to participate in electronic case filing (ECF).

---

In Support of This Motion, Plaintiff States as Follows:

1. Plaintiff is representing himself pro se in this matter.

2. Plaintiff has access to a computer with internet connectivity and the technical capability
   to utilize electronic filing systems.

3. Plaintiff specializes in internet security and is confident in his ability to learn and comply
   with the Court's electronic filing requirements.

4. Plaintiff has reviewed the Court's ECF rules and procedures and agrees to adhere to all technical and procedural requirements, including the submission of documents in PDF format and the use of a personal PACER account.

5. Plaintiff believes that electronic filing will facilitate more efficient communication with the Court and opposing counsel, while also reducing the administrative burden of paper filings.

WHEREFORE, Plaintiff respectfully requests that this Honorable Court grant permission to register for the Court's Case Management/Electronic Case Filing (CM/ECF) system and to file electronically in this matter.

Respectfully submitted,

Matthew J. Pease, Pro Se

1 Cobbler Lane

Amherst, NH 03031

Phone: 603-465-1110

Email: matt@matthewpease.com

Dated: December 31, 2024