IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

| | | |
|---|---|---|
| MATTHEW J. PEASE,       § | | |
|     *Plaintiff,*   § | | |
| § | | |
| v.                                        § | MO:24-CV-00322-DC-RCG | |
| § | | |
| SECURITIES & EXCHANGE § | | |
| COMMISSION, FINANCIAL § | | |
| INDUSTRY REGULATORY § | | |
| AUTHORITY, DEPOSITORY TRUST § | | |
| & CLEARING CORPORATION, § | | |
| NEXT BRIDGE HYDROCARBONS, § | | |
| INC., JOHN BRDA, GREGORY § | | |
| MCCABE, and OTC MARKETS § | | |
| GROUP, INC., § | | |
|     *Defendants.*   § | | |

**ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO FILE
SECOND AMENDED COMPLAINT**

BEFORE THE COURT is Plaintiff Matthew Pease's ("Plaintiff") Motion for Leave to File Second Amended Complaint. (Doc. 20). This case is before the undersigned through an Order pursuant to 28 U.S.C. § 636 and Appendix C of the Local Court Rules for the Assignment of Duties to United States Magistrate Judges. After due consideration, the Court **GRANTS** Plaintiff's Motion for Leave to File Second Amended Complaint. (Doc. 8).

On December 6, 2024, Plaintiff, a *pro se* litigant, filed his original Complaint. (Doc. 1). Plaintiff timely filed his First Amended Complaint on December 27, 2024. (Doc. 3). Plaintiff filed the instant motion on February 7, 2025. (Doc. 8). Plaintiff now seeks leave to file his Second Amended Complaint under Federal Rule of Civil Procedure 15(a)(2). *Id.* Although Plaintiff's Motion refers to an "attached Second Amended Complaint," there is no complaint attached to the Motion. *Id*. The Court therefore reminds Plaintiff that "[a]ll litigants, even those proceeding *pro se*, are expected to adhere to the local rules and the [Federal Rules of Civil

Procedure]." *Merkle v. Pilgrim REO, LLC*, No. 5-18-CV-588, 2019 WL 4447189, at *2 (W.D. Tex. Sept. 16, 2019).

Based on the foregoing, the Court **GRANTS** Plaintiff's Motion for Leave to File Second Amended Complaint. (Doc. 8). The Court further **ORDERS** Plaintiff to file his Second Amended Complaint within **seven days of this order**.

It is so **ORDERED**.

SIGNED this 11th day of February, 2025.

_____
RONALD C. GRIFFIN
UNITED STATES MAGISTRATE JUDGE