## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS

### MIDLAND DIVISION  [▾]

Mathew J. Pease

vs.                                                          Case No.: 7:24-cv-00322-DC-RCG

U.S. Securities and Exchange Commission, et al.

## ORDER

BE IT REMEMBERED on this day, there was presented to the Court the Motion for

Admission Pro Hac Vice filed by Eric Aaron Reicher _____, counsel for

U.S. Securities and Exchange Commission _____, and the Court, having reviewed the motion, enters

the following order:

IT IS ORDERED that the Motion for Admission Pro Hac Vice is GRANTED, and

Eric Aaron Reicher _____ may appear on behalf of U.S. Securities and Exchange _____

in the above case.

IT IS FURTHER ORDERED that Eric Aaron Reicher _____, if he/she

has not already done so, shall immediately tender the amount of $100.00, made payable to: **Clerk, U.S.**

**District Court**, in compliance with Local Court Rule AT-l(f)(2).

SIGNED this the _____ day of February _____, 20_____.


_____

UNITED STATES DISTRICT JUDGE    [▾]