UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
MIDLAND-ODESSA DIVISION

| | |
|---|---|
| **MATTHEW J. PEASE,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) CASE NO. 7:24-cv-00322-DC-RCG |
| | ) |
| **SECURITIES AND EXCHANGE COMMISSION, et al.** | ) |
| | ) |
| **Defendants.** | ) |

## NOTICE OF APPEARANCE OF COUNSEL

Plaintiff Securities and Exchange Commission submits this notice of appearance of Jason J. Rose, who certifies that he is an attorney admitted to practice before this Court, and respectfully requests that Jason J. Rose receive all notices and orders from the Court as well as service of all documents by other parties.

Dated: February 28, 2025    Respectfully Submitted,

/s/ *Jason J. Rose*
Melinda Hardy *
D.C. Bar No. 431906
Eric A. Reicher*
D.C. Bar No. 490866
Securities and Exchange Commission
100 F Street NE
Washington, DC 20549
(202) 551-7921 (phone) (Reicher)
hardym@sec.gov
reichere@sec.gov

Jason J. Rose
Texas Bar No. 24007946

Securities and Exchange Commission
801 Cherry Street, Suite 1900
Fort Worth, Texas 76102
(817) 978-1408 (phone)
(817) 978-4927 (facsimile)
rosej@sec.gov

Counsel for Defendant SEC

\* Pro Hac Vice Forthcoming

## **CERTIFICATE OF SERVICE**

I affirm that on February 28, 2025, I electronically filed the foregoing document with the Clerk of the Court for the Western District of Texas, Midland-Odessa Division, by using the CM/ECF system which will send a notice of electronic filing to all CM/ECF participants.

A paper copy of this notice has also been mailed to Plaintiff Matthew J. Pease at the following address:

1 Cobbler Lane
Amherst, NH 03031

*/s/ Jason J. Rose*
Jason J. Rose