UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
MIDLAND-ODESSA DIVISION

| | |
|---|---|
| **MATTHEW J. PEASE,** ) | |
| ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | CASE NO. 24-cv-00322-DC-RCG |
| ) | |
| ) | |
| **SECURITIES AND EXCHANGE** ) | |
| **COMMISSION, et al.** ) | |
| ) | |
| ) | |
| **Defendants.** ) | |
| ) | |

**[PROPOSED] ORDER GRANTING CONSENT MOTION FOR EXTENSION OF TIME TO RESPOND TO THE SECOND AMENDED COMPLAINT**

After considering the Securities and Exchange Commission's ("Commission's") Consent Motion for Extension of Time to Respond to the Second Amended Complaint, Dkt. __, ("Motion"), it is hereby ORDERED that the Motion is GRANTED. The deadline for the Commission to move to dismiss or otherwise respond to the Second Amended Complaint is extended to and including May 7, 2025.

SIGNED this __ day of _____, 2025.

_____
David Counts
United States District Judge