UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
MIDLAND-ODESSA DIVISION

| | | |
|---|---|---|
| MATTHEW J. PEASE, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CASE NO. 24-cv-00322-DC-RCG |
| | § | |
| SECURITIES & EXCHANGE COMMISSION, FINANCIAL INDUSTRY REGULATORY AUTHORITY, JOHN BRDA, GREGORY MCCABE, NEXT BRIDGE HYDROCARBONS, INC. | § | |
| | § | |
| Defendants. | § | |

**AGREED MOTION FOR EXTENSION OF TIME TO RESPOND
TO THE SECOND AMENDED COMPLAINT**

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure ("FRCP"), Defendant Gregory McCabe ("McCabe") requests a 60-day extension of time to May 23, 2025, to respond to Plaintiff's Second Amended Complaint (ECF 12).

In support of this motion, McCabe states as follows:

1. This motion is McCabe's first request for an extension of time with respect to this response deadline.

2. Counsel for McCabe conferred with pro se Plaintiff, Matt Pease, by phone and he agreed to extend the deadline to respond to Plaintiff's Second Amended Complaint until May 23, 2025. Despite multiple attempts, Plaintiff has not responded to an email inquiry on same. Defendant Securities and Exchange Commission is the only other party to appear in this Case as of the date of this filing.

3.       McCabe requests additional time to prepare his response to the Second Amended Complaint because of its breadth. On February 26, 2025, but served on March 3, 2025, Plaintiff filed his Second Amended Complaint which contains 328 enumerated allegations and/or paragraphs and asserts 17 separate counts.

WHEREFORE, McCabe respectfully moves for an extension of time from March 24, 2025, to and including May 23, 2025, to move to dismiss or otherwise respond to the Second Amended Complaint.

Respectfully submitted,

**SMITH CLARK PENNINGTON PLLC**
6 Desta Drive, Ste. 3333
Midland, Texas 79705
432-307-3333
Fax: 432-268-0301

By: /s/ *Jill C. Pennington*
         Jill C. Pennington
         State Bar No. 24007825
         jcpennington@permian.law

**ATTORNEY FOR DEFENDANT GREGORY MCCABE**

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this 21st day of March 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to:

Matthew J. Pease
1 Cobbler Lane
Amherst, NH 03031
*Pro Se* Plaintiff
matt@mathewpease.com

Eric Aaron Reicher
Securities and Exchange Commission
Office of the General Counsel
100 F. St., NE
Washington, DC 20549
reichere@sec.gov

Jason J. Rose
U.S. Securities and Exchange Commission
801 cherry Street, Suite 1900
Fort Worth, TX 76102
rosej@sec.gov

                                                       */s/ Jill C. Pennington*_____
                                                       Jill C. Pennington