UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
MIDLAND-ODESSA DIVISION

| | | |
|---|---|---|
| **MATTHEW J. PEASE,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **CASE NO. 24-cv-00322-DC-RCG** |
| | § | |
| **SECURITIES & EXCHANGE** | § | |
| **COMMISSION, FINANCIAL** | § | |
| **INDUSTRY REGULATORY** | § | |
| **AUTHORITY, JOHN BRDA,** | § | |
| **GREGORY MCCABE, NEXT BRIDGE** | § | |
| **HYDROCARBONS, JANE DOE 1-20,** | § | |
| **JOHN DOE 1-20** | § | |
| | § | |
| **Defendants.** | § | |

**ORDER GRANTING CONSENT MOTION FOR EXTENSION OF TIME
TO RESPOND TO THE SECOND AMENDED COMPLAINT**

After considering Greg McCabe's ("McCabe") Consent Motion for Extension of Time to Respond to the Second Amended Complaint, Dkt.____, ("Motion"), it is hereby ORDERED that the Motion is GRANTED. The deadline for McCabe to move to dismiss or otherwise respond to the Second Amended Complaint is extended to and including May 23, 2025.

SIGNED this __ day of _____ 2025.


_____
David Counts
United States District Judge