**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**MIDLAND/ODESSA DIVISION**

| | |
|---|---|
| MATTHEW J. PEASE, § | |
| § | |
| *Plaintiff*, § | |
| § | |
| vs. § | |
| § | Case No. 7:24-CV-322-DC-RCG |
| SECURITIES & EXCHANGE § | |
| COMMISSION, FINANCIAL INDUSTRY § | |
| REGULATORY AUTHORITY, JOHN § | |
| BRDA, GREGORY MCCABE, NEXT § | |
| BRIDGE HYDROCARBONS, INC., § | |
| § | |
| *Defendants*. § | |

**[PROPOSED] ORDER GRANTING MOTION FOR EXTENSION**

Pending before the Court is Defendant John Brda's Partially Opposed Motion to Extend Pleading Deadline. Upon consideration, the Court finds that the Motion should be, and hereby is, **GRANTED**.

Accordingly, it is **ORDERED** that Defendant John Brda may answer or otherwise respond to Plaintiff's Second Amended Complaint (Doc. 12), on or before June 16, 2025.

SIGNED this _____ day of _____, 2025.

_____
UNITED STATES DISTRICT JUDGE