UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS

**MIDLAND DIVISION**

Matthew J. Pease

vs.

Case No.: 7:24-cv-00322-DC-RCG

U.S Securities and Exchange Commission, et al.

# ORDER

BE IT REMEMBERED on this day, there was presented to the Court the Motion for Admission Pro Hac Vice filed by Casidy Rae Newcomer, counsel for Next Bridge Hydrocarbons Inc., and the Court, having reviewed the motion, enters the following order:

IT IS ORDERED that the Motion for Admission Pro Hac Vice is GRANTED, and Casidy Rae Newcomer may appear on behalf of Next Bridge Hydrocarbons Inc. in the above case.

IT IS FURTHER ORDERED that Casidy Rae Newcomer, if he/she has not already done so, shall immediately tender the amount of $100.00, made payable to: **Clerk, U.S. District Court**, in compliance with Local Court Rule AT-l(f)(2).

SIGNED this the _____ day of March _____, 20_____.

_____
UNITED STATES DISTRICT JUDGE