FILED
MAR 21 2025
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY CLERK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
MIDLAND-ODESSA DIVISION

| | |
|---|---|
| MATTHEW J. PEASE, | ) |
| Plaintiff, | ) |
| v. | ) CASE NO. 24-cv-00322-DC-RCG |
| SECURITIES AND EXCHANGE COMMISSION, et al. | ) |
| Defendants. | ) |

**CONSENT MOTION FOR EXTENSION OF TIME TO RESPOND TO THE SECOND AMENDED COMPLAINT**

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure ("FRCP"), Defendant Next Bridge Hydrocarbons, Inc. ("NBH") requests a 60-day extension of time to May 23, 2025 to respond to Plaintiff's Second Amended Complaint (ECF 12).

In support of this motion, NBH states as follows:

1. This motion is NBH's first request for an extension of time with respect to this time limitation.

2. Counsel for NBH has conferred with pro se Plaintiff, and he consented to the requested extension of the deadline to respond to the Second Amended Complaint. Defendant Securities and Exchange Commission is the only other party to have made an appearance at this time.

3. NBH requests the additional time to prepare its response to the Second Amended Complaint because of its breadth. On February 26, 2025, Plaintiff filed a Second Amended Complaint. The Second Amended Complaint is 93 pages with 328 numbered allegations. The

Second Amended Complaint further has 17 counts and seeks declaratory relief on a variety of statutory and constitutional bases.

WHEREFORE, NBH respectfully moves for an extension of time from March 24, 2025, to and including May 23, 2025, to move to dismiss or otherwise respond to the Second Amended Complaint.

Date: March 19, 2025

Respectfully submitted,

_____
James W. Christian
Texas Bar No. 04228700
(Pro Hac Vice Pending)
*jchristian@christianattarlaw.com*
Casidy Newcomer
Texas Bar No. 24121033
(Pro Hac Vice Pending)
*cnewcomer@christianattarlaw.com*

**CHRISTIANATTAR**
1177 West Loop S, Suite 1700
Houston, Texas 77027
(713) 659-7617 telephone
(713) 659-7641 fax

**ATTORNEYS FOR DEFENDANT NEXT BRIDGE HYDROCARBONS, INC.**

## CERTIFICATE OF SERVICE

    I hereby certify that on this 19th day of March, 2025, I caused to be filed the foregoing through FedEx delivery to the Clerk of Court and I have emailed a copy of the foregoing to Plaintiff and all counsel of record.

_____
James W. Christian