UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
MIDLAND-ODESSA DIVISION

| | |
|---|---|
| MATTHEW J. PEASE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 24-cv-00322-DC-RCG |
| ) | |
| SECURITIES AND EXCHANGE ) | |
| COMMISSION, et al. ) | |
| ) | |
| Defendants. ) | |
| ) | |

**[PROPOSED] ORDER GRANTING CONSENT MOTION FOR EXTENSION OF TIME TO RESPOND TO THE SECOND AMENDED COMPLAINT**

After considering Next Bridge Hydrocarbons, Inc. ("NBH") Consent Motion for Extension of Time to Respond to the Second Amended Complaint, Dkt. ___, ("Motion"), it is hereby ORDERED that the Motion is GRANTED. The deadline for NBH to move to dismiss or otherwise respond to the Second Amended Complaint is extended to and including May 23, 2025.

SIGNED this ___ day of _____, 2025

_____
David Counts
United States District Judge