IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

| | |
|---|---|
| MATTHEW J. PEASE,<br><br>Plaintiff,<br><br>v.<br><br>SECURITIES & EXCHANGE COMMISSION, FINANCIAL INDUSTRY REGULATORY AUTHORITY, DEPOSITORY TRUST & CLEARING CORPORATION, CHARLES SCHWAB & CO., INC., formerly TD AMERITRADE, GTS SECURITIES LLC, EQUINITI TRUST COMPANY, formerly AMERICAN STOCK TRANSFER & TRUST COMPANY, NEXT BRIDGE HYDROCARBONS, INC., JOHN BRDA, GREGORY MCCABE,<br><br>Defendants. | Case No. 7:24-CV322-RCG-DC |

## ORDER GRANTING DEFENDANT FINRA'S REQUEST FOR JUDICIAL NOTICE

On this day came on for hearing Defendant Financial Industry Regulatory Authority, Inc.'s ("FINRA") Request for Judicial Notice. Upon consideration of same, the Court finds it is well taken and should be granted. Accordingly, therefore, it is

ORDERED that the Request for Judicial Notice is **GRANTED**; and it is further

ORDERED that the Court hereby takes judicial notice of the Exhibits attached to the Request for Judicial Notice as well as FINRA's rules cited within FINRA's Motion to Dismiss.

SIGNED this _____ day of _____, 2025.

_____
Judge Presiding