## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## MIDLAND/ODESSA DIVISION

| | |
|---|---|
| MATTHEW J. PEASE, § § *Plaintiff*, § § vs. § § SECURITIES & EXCHANGE § COMMISSION, FINANCIAL INDUSTRY § REGULATORY AUTHORITY, JOHN § BRDA, GREGORY MCCABE, NEXT § BRIDGE HYDROCARBONS, INC., § § *Defendants*. § | Case No. 7:24-CV-322-DC-RCG |

## [PROPOSED] ORDER DENYING PLAINTIFF'S MOTION FOR LEAVE

Pending before the Court is Plaintiff Matthew J. Pease's Corrected Opposed Motion for Leave to File Third Amended Complaint (Doc. 73). Upon consideration of the Motion, oppositions thereto, and other properly considered pleadings, the Court finds that the Motion should be, and hereby is, **DENIED**.

SIGNED this _____ day of _____, 2025.

_____
UNITED STATES DISTRICT JUDGE