**Exhibit D**

 Gmail					Jennifer Vetrano <jvetrano999@gmail.com>

## Second information request to Greg McCabe
5 messages

---

**Jennifer Vetrano <jvetrano999@gmail.com>**					Sun, Aug 10, 2025 at 1:34 PM
To: Next Bridge Hydrocarbons <nextbridge@dennardlascar.com>, gregmccabe@aol.com, jason.hopkins@us.dlapiper.com, Jason.lewis@us.dlapiper.com, "Lantry, Ryan" <Ryan.Lantry@us.dlapiper.com>

Dear Mr. McCabe,

I hope this message finds you well. Attached, please find my formal request for access to specific corporate records and governance updates for Next Bridge Hydrocarbons, Inc., pursuant to Texas Business Organizations Code § 21.218 and Nevada Revised Statutes § 78.310. This is my second request, following my initial submission on November 18, 2024, which has not been adequately addressed.

The attached letter outlines the requested documents and information, which are sought in good faith to evaluate corporate governance, investigate potential breaches of fiduciary duty, and ensure transparency for shareholders. I kindly request that the materials be provided within five (5) business days of receipt of this correspondence. If additional time is needed, please provide a written explanation and a proposed timeline for compliance.

Please confirm receipt of this email and the attached letter. I am available to discuss any questions or clarifications at jvetrano999@gmail.com. Thank you for your prompt attention to this matter, and I look forward to your response.

Sincerely,
Jennifer Vetrano
Shareholder, Next Bridge Hydrocarbons, Inc.
jvetrano999@gmail.com
908-783-0105

**2 attachments**

📄 **originalbooksrequest.pdf**
326K

📄 **finalBRrequestsecond.docx**
19K

---

**gregmccabe@aol.com <gregmccabe@aol.com>**					Mon, Aug 11, 2025 at 5:28 PM
To: Next Bridge Hydrocarbons <nextbridge@dennardlascar.com>, "jason.hopkins@us.dlapiper.com" <jason.hopkins@us.dlapiper.com>, "jason.lewis@us.dlapiper.com" <jason.lewis@us.dlapiper.com>, "Lantry, Ryan" <ryan.lantry@us.dlapiper.com>, Jennifer Vetrano <jvetrano999@gmail.com>

Jason and Jason,
This appears to be a part of the continued harassment campaign against the company in an effort bankrupt us. I ignored it last time. Do you think I need to respond to this one. Also, our PR firm has received the same letter from Traudt and his crew. I was going to ignore it as well. Please let me know your thoughts.
Greg

On Sunday, August 10, 2025 at 12:36:34 PM CDT, Jennifer Vetrano <jvetrano999@gmail.com> wrote:

Dear Mr. McCabe,

I hope this message finds you well. Attached, please find my formal request for access to specific corporate records and governance updates for Next Bridge Hydrocarbons, Inc., pursuant to Texas Business Organizations Code § 21.218 and Nevada Revised Statutes § 78.310. This is my second request, following my initial submission on November 18, 2024, which has not been adequately addressed.

The attached letter outlines the requested documents and information, which are sought in good faith to evaluate corporate governance, investigate potential breaches of fiduciary duty, and ensure transparency for shareholders. I kindly request that the materials be provided within five (5) business days of receipt of this correspondence. If additional time is needed, please provide a written explanation and a proposed timeline for compliance.

Please confirm receipt of this email and the attached letter. I am available to discuss any questions or clarifications at jvetrano999@gmail.com. Thank you for your prompt attention to this matter, and I look forward to your response.

Sincerely,
Jennifer Vetrano
Shareholder, Next Bridge Hydrocarbons, Inc.
jvetrano999@gmail.com
908-783-0105

---

**gregmccabe@aol.com** <gregmccabe@aol.com>                          Mon, Aug 11, 2025 at 5:41 PM
To: Next Bridge Hydrocarbons <nextbridge@dennardlascar.com>, "jason.hopkins@us.dlapiper.com" <jason.hopkins@us.dlapiper.com>, "jason.lewis@us.dlapiper.com" <jason.lewis@us.dlapiper.com>, "Lantry, Ryan" <ryan.lantry@us.dlapiper.com>, Jennifer Vetrano <jvetrano999@gmail.com>

All,

Please disregard and delete the email I inadvertently sent less than twenty minutes ago.

Thank you,
Greg

On Monday, August 11, 2025 at 04:28:12 PM CDT, gregmccabe@aol.com <gregmccabe@aol.com> wrote:


Jason and Jason,
This appears to be a part of the continued harassment campaign against the company in an effort bankrupt us. I ignored it last time. Do you think I need to respond to this one. Also, our PR firm has received the same letter from Traudt and his crew. I was going to ignore it as well. Please let me know your thoughts.
Greg

On Sunday, August 10, 2025 at 12:36:34 PM CDT, Jennifer Vetrano <jvetrano999@gmail.com> wrote:


Dear Mr. McCabe,

I hope this message finds you well. Attached, please find my formal request for access to specific corporate records and governance updates for Next Bridge Hydrocarbons, Inc., pursuant to Texas Business Organizations Code § 21.218 and Nevada Revised Statutes §

78.310. This is my second request, following my initial submission on November 18, 2024, which has not been adequately addressed.

The attached letter outlines the requested documents and information, which are sought in good faith to evaluate corporate governance, investigate potential breaches of fiduciary duty, and ensure transparency for shareholders. I kindly request that the materials be provided within five (5) business days of receipt of this correspondence. If additional time is needed, please provide a written explanation and a proposed timeline for compliance.

Please confirm receipt of this email and the attached letter. I am available to discuss any questions or clarifications at jvetrano999@gmail.com. Thank you for your prompt attention to this matter, and I look forward to your response.

Sincerely,
Jennifer Vetrano
**Shareholder, Next Bridge Hydrocarbons, Inc.**
jvetrano999@gmail.com
908-783-0105

---

**Jennifer Vetrano <jvetrano999@gmail.com>**                    Mon, Aug 11, 2025 at 6:02 PM
To: gregmccabe@aol.com
Cc: Next Bridge Hydrocarbons <nextbridge@dennardlascar.com>, jason.hopkins@us.dlapiper.com, jason.lewis@us.dlapiper.com, "Lantry, Ryan" <ryan.lantry@us.dlapiper.com>

> Hi Jason and Jason,
>
> Appreciate the update from your client.
>
> Jen Vetrano
>
> On Mon, Aug 11, 2025, 5:41 PM gregmccabe@aol.com <gregmccabe@aol.com> wrote:
>> All,
>>
>> Please disregard and delete the email I inadvertently sent less than twenty minutes ago.
>>
>> Thank you,
>> Greg
>>
>> On Monday, August 11, 2025 at 04:28:12 PM CDT, gregmccabe@aol.com <gregmccabe@aol.com> wrote:
>>
>>> Jason and Jason,
>>> This appears to be a part of the continued harassment campaign against the company in an effort bankrupt us. I ignored it last time. Do you think I need to respond to this one. Also, our PR firm has received the same letter from Traudt and his crew. I was going to ignore it as well. Please let me know your thoughts.
>>> Greg
>>>
>>> On Sunday, August 10, 2025 at 12:36:34 PM CDT, Jennifer Vetrano <jvetrano999@gmail.com> wrote:
>>>
>>>> Dear Mr. McCabe,
>>>>
>>>> I hope this message finds you well. Attached, please find my formal request for access to specific corporate records and governance updates for Next Bridge Hydrocarbons, Inc., pursuant to Texas Business Organizations Code § 21.218 and Nevada Revised Statutes §

78.310. This is my second request, following my initial submission on November 18, 2024, which has not been adequately addressed.

The attached letter outlines the requested documents and information, which are sought in good faith to evaluate corporate governance, investigate potential breaches of fiduciary duty, and ensure transparency for shareholders. I kindly request that the materials be provided within five (5) business days of receipt of this correspondence. If additional time is needed, please provide a written explanation and a proposed timeline for compliance.

Please confirm receipt of this email and the attached letter. I am available to discuss any questions or clarifications at jvetrano999@gmail.com. Thank you for your prompt attention to this matter, and I look forward to your response.

Sincerely,
Jennifer Vetrano
Shareholder, Next Bridge Hydrocarbons, Inc.
jvetrano999@gmail.com
908-783-0105

---

**Jennifer Vetrano** <jvetrano999@gmail.com>    Mon, Aug 11, 2025 at 6:19 PM
To: Scott Traudt <sctraudt@gmail.com>, Danielle Spears <paymmtlpnow@gmail.com>, Matthew Pease <matt@matthewpease.com>, contique willcot <contiq9@yahoo.com>, Jason <mastcab1@gmail.com>

---------- Forwarded message ---------
From: **Jennifer Vetrano** <jvetrano999@gmail.com>
Date: Mon, Aug 11, 2025, 6:02 PM
Subject: Re: Second information request to Greg McCabe
To: <gregmccabe@aol.com>
Cc: Next Bridge Hydrocarbons <nextbridge@dennardlascar.com>, <jason.hopkins@us.dlapiper.com>, <jason.lewis@us.dlapiper.com>, Lantry, Ryan <ryan.lantry@us.dlapiper.com>

Hi Jason and Jason,

Appreciate the update from your client.

Jen Vetrano

On Mon, Aug 11, 2025, 5:41 PM gregmccabe@aol.com <gregmccabe@aol.com> wrote:
> All,
>
> Please disregard and delete the email I inadvertently sent less than twenty minutes ago.
>
> Thank you,
> Greg
>
> On Monday, August 11, 2025 at 04:28:12 PM CDT, gregmccabe@aol.com <gregmccabe@aol.com> wrote:
>
>
> Jason and Jason,
> This appears to be a part of the continued harassment campaign against the company in an effort bankrupt us. I ignored it last time. Do you think I need to respond to this one. Also, our PR firm has received the same letter from Traudt and his crew. I was going to ignore it as well. Please let me know your thoughts.
> Greg

On Sunday, August 10, 2025 at 12:36:34 PM CDT, Jennifer Vetrano <jvetrano999@gmail.com> wrote:

Dear Mr. McCabe,

I hope this message finds you well. Attached, please find my formal request for access to specific corporate records and governance updates for Next Bridge Hydrocarbons, Inc., pursuant to Texas Business Organizations Code § 21.218 and Nevada Revised Statutes § 78.310. This is my second request, following my initial submission on November 18, 2024, which has not been adequately addressed.

The attached letter outlines the requested documents and information, which are sought in good faith to evaluate corporate governance, investigate potential breaches of fiduciary duty, and ensure transparency for shareholders. I kindly request that the materials be provided within five (5) business days of receipt of this correspondence. If additional time is needed, please provide a written explanation and a proposed timeline for compliance.

Please confirm receipt of this email and the attached letter. I am available to discuss any questions or clarifications at jvetrano999@gmail.com. Thank you for your prompt attention to this matter, and I look forward to your response.

Sincerely,
Jennifer Vetrano
Shareholder, Next Bridge Hydrocarbons, Inc.
jvetrano999@gmail.com
908-783-0105