IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

| | |
|---|---|
| MATTHEW J. PEASE,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>SECURITIES & EXCHANGE COMMISSION, FINANCIAL INDUSTRY REGULATORY AUTHORITY, DEPOSITORY TRUST & CLEARING CORPORATION, CHARLES SCHWAB & CO., INC., formerly TD AMERITRADE, GTS SECURITIES LLC, EQUINITI TRUST COMPANY, formerly AMERICAN STOCK TRANSFER & TRUST COMPANY, NEXT BRIDGE HYDROCARBONS, INC., JOHN BRDA, GREGORY MCCABE,<br><br>　　　　　　　Defendants. | Case No. 7:24-CV322-RCG-DC |

**DEFENDANT FINANCIAL INDUSTRY REGULATORY AUTHORITY, INC.'S
OBJECTION TO
PLAINTIFF'S NOTICE OF SUPPLEMENTAL EVIDENCE
IN SUPPORT OF THIRD AMENDED COMPLAINT**

Defendant Financial Industry Regulatory Authority, Inc. ("FINRA") submits this Objection to Plaintiff Matthew J. Pease's Notice of Supplemental Evidence In Support of Third Amended Complaint (the "Notice") [ECF No. 84].

While the Notice is not explicitly directed to FINRA's Motion to Dismiss ("MTD"), it is yet another improper filing submitted by Pease purporting to further brief issues that are already the subject of full briefing per Local Rule CV-7, including FINRA's Motion to Dismiss [ECF Nos. 29, 36, 40] and Pease's Motion for Leave to File Third Amended Complaint ("TAC Motion") [ECF Nos. 73, 80, 82]. *See* Notice at ¶¶ 2, 3, 19, and 23. Pease previously attempted to further brief the issues raised in FINRA's MTD via sur-reply [ECF No. 42], which FINRA opposed [ECF No. 45]. To the extent the Notice is directed at FINRA as a sur-reply to FINRA's opposition to the TAC

Motion, or to FINRA's MTD as a second sur-reply, FINRA objects. *See Lacher v. West*, 147 F.Supp.2d 538, 539 (N.D. Tex. 2001) (sur-replies disfavored because they usually indicate gamesmanship whereby the nonmovant improperly attempts to get the last word on a topic). FINRA further objects to the Notice to the extent it proffers any "evidence" directed against FINRA in the form of unauthenticated, irrelevant, inadmissible hearsay.

Respectfully submitted,

/s/ David C. Kent

David C. Kent
State Bar No. 11316400
david.kent@faegredrinker.com
FAEGRE DRINKER BIDDLE & REATH LLP
2323 Ross Avenue, Suite 1700
Dallas, Texas 75201
(469) 357-2500
(469) 327-0860 (fax)
*Attorneys for Defendant*
*Financial Industry Regulatory Authority, Inc.*

### CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing was served on all *pro se* parties and counsel of record through the CM/ECF system on August 26, 2025.

/s/ David C. Kent

David C. Kent