IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

| | |
|---|---|
| MATTHEW J. PEASE,<br><br>                    Plaintiff,<br><br>v.<br><br>SECURITIES & EXCHANGE COMMISSION, FINANCIAL INDUSTRY REGULATORY AUTHORITY, JOHN BRDA, GREGORY MCCABE, NEXT BRIDGE HYDROCARBONS, INC.<br><br>                    Defendants. | Case No.: 7:24-CV-00322-DC-RCG |

**PLAINTIFF'S NOTICE OF SUPPLEMENTAL EVIDENCE REGARDING NEXT BRIDGE HYDROCARBONS' FORM 10-K/A**

Plaintiff Matthew Pease respectfully submits this Notice of Supplemental Evidence pursuant to Federal Rule of Civil Procedure 15(d) and Federal Rule of Evidence 201, and states as follows:

**I. BACKGROUND**

1.  On September 15, 2025, Defendant Next Bridge Hydrocarbons, Inc. ("NBH") filed an amended annual report on Form 10-K/A with the Securities and Exchange Commission. The filing is publicly available on the SEC's EDGAR system at:

    https://www.sec.gov/Archives/edgar/data/1936756/000119983525000258/nbh-10ka.htm

2. A true and correct copy of the cover page of the filing is attached hereto as Exhibit A.

3. Nowhere in NBH's 10-K/A does the company disclose this federal action, Pease v. SEC et al., Case No. 7:24-cv-00322-DC-RCG, or related shareholder suits pending before this Court.

## II. RELEVANT DISCLOSURES IN THE 10-K/A

4. In that filing, NBH's independent auditor issued a "substantial doubt" going-concern opinion, citing NBH's accumulated deficits, negative cash flow, and reliance on insider financing.

5. The filing further admits NBH's material weaknesses in internal control over financial reporting.

## III. FAILURE TO DISCLOSE PENDING LITIGATION

6. Despite Item 103 of Regulation S-K (17 C.F.R. §229.103) requiring disclosure of any material pending legal proceedings, NBH's 10-K/A does not disclose this federal action, *Pease v. SEC et al.*, Case No. 7:24-cv-00322-DC-RCG, in which NBH is a named defendant. Nor does it acknowledge other shareholder suits arising from the same facts that are also pending before this Court.

7. NBH's own financial statements report current assets of approximately $2 million. Instruction 5 to Item 103 requires disclosure of any legal proceeding where damages sought exceed 10% of current assets—i.e., $200,000.

8. Plaintiff's complaint alleges damages well in excess of that threshold.

9. Accordingly, NBH's omission constitutes a false and misleading filing with the SEC.

## IV. LEGAL BASIS FOR NOTICE

10. This Court may take judicial notice of SEC filings under Federal Rule of Evidence 201.

11. The omission of this lawsuit from NBH's Form 10-K/A provides further evidence of scienter, inadequate disclosure controls, and bad-faith conduct, and is directly relevant to Plaintiff's claims against NBH.

## V. ADDITIONAL CONTEXT

12. The 10-K/A further confirms that NBH's continued survival depends on debt financing from its Chairman and CEO, Gregory McCabe, who is simultaneously its largest shareholder and creditor. This insider dominance underscores the materiality of pending shareholder litigation and makes its omission from NBH's SEC filings a deliberate concealment, not an oversight.

13. The failure to disclose this action also reflects inadequate oversight by the self-regulatory organizations and federal regulators responsible for ensuring truthful public reporting, reinforcing Plaintiff's claims of regulatory abdication.

14. In particular, FINRA exercises gatekeeping authority over issuer disclosures under Rule 6440. NBH's ability to file a Form 10-K/A that omits multiple pending federal lawsuits, including this case, underscores the ineffectiveness of that oversight and supports Plaintiff's claims that FINRA has failed in its statutory duties.

15. Likewise, the SEC has an independent duty to enforce accurate and complete issuer disclosures under the Exchange Act and Regulation S-K. By permitting NBH's Form 10-K/A to stand on EDGAR despite its omission of this material federal litigation, the SEC has further demonstrated the regulatory abdication alleged in Plaintiff's complaint.

Dated: September 21, 2025

/s/ Matthew J. Pease
Matthew J. Pease
Pro Se Plaintiff
1 Cobbler Lane
Amherst, NH 03031