≡ Menu    Sections    Search Facts    Q    Data    Tags    More Filters    Facts 1,925

nbh-10kaixbrl.htm    1,925

Table of Contents

**UNITED STATES**
**SECURITIES AND EXCHANGE COMMISSION**
Washington, D.C. 20549

**FORM 10-K/A**

☒ ANNUAL REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934 FOR THE FISCAL YEAR ENDED DECEMBER 31, 2023

☐ TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934

Commission File Number: 333-266143

# NEXT BRIDGE HYDROCARBONS, INC.
(Exact name of registrant as specified in its charter)

| Nevada | 87-2538731 |
|---|---|
| (State or other jurisdiction of incorporation or organization) | (I.R.S. Employer Identification Number) |

**500 W. Texas Ave., Suite 890**
**Midland TX 79701**
(Address of principal executive offices) (Zip Code)

**(432) 552-9745**
(Registrant's telephone number, including area code)

**6300 Ridgelea Place, Suite 950**
**Fort Worth TX 76116**
(Former name, former address and former fiscal year, if changed since last report)

Securities registered pursuant to Section 12(b) of the Act:

| Title of each class | Trading Symbol(s) | Name of each exchange on which registered |
|---|---|---|
| N/A | N/A | N/A |

Securities registered pursuant to Section 12(g) of the Act: None

Our common stock is not publicly traded and is not eligible for electronic transfer through the Depository Trust Company book-entry system or any other established clearing corporation.

Indicate by check mark if the registrant is a well-known seasoned issuer, as defined in Rule 405 of the Securities Act. Yes ☐ No ☒

Indicate by check mark if the registrant is not required to file reports pursuant to Section 13 or Section 15(d) of the Act. Yes ☐ No ☒

Indicate by check mark whether the registrant (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days. Yes ☐ No ☒

Table of Contents

Indicate by check mark whether the registrant has submitted electronically every Interactive Data File required to be submitted pursuant to Rule 405 of Regulation S-T (§232.405 of this chapter) during the preceding 12 months (or for such shorter period that the registrant was required to submit such files). Yes ☒ No ☐

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer, a smaller reporting company, or an emerging growth company. See the definitions of "large accelerated filer," "accelerated filer," "smaller reporting company," and "emerging growth company" in Rule 12b-2 of the Exchange Act.

| Large accelerated filer | ☐ | Accelerated filer | ☐ | Non-accelerated filer | ☒ | Smaller reporting company | ☒ | Emerging growth company | ☒ |

If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act. ☐

Indicate by check mark whether the registrant has filed a report on and attestation to its management assessment of the effectiveness of its internal controls over financial reporting under Section 404(b) of the Sarbanes-Oxley Act (15 U.S.C. 7262(b)) by the registered public accounting firm that prepared or issued its audit report. ☐

If securities are registered pursuant to Section 12(b) of the Act, indicate by check mark whether the financial statements of the registrant included in the filing reflect the correction of an error to previously issued financial statements. ☐

Indicate by check mark whether any of those error corrections are restatements that required a recovery analysis of incentive-based compensation received by any of the registrant's executive officers during the relevant recovery period pursuant to (§240.10D-1(b)). ☐

Indicate by check mark whether the registrant is a shell company (as defined in Rule 12b-2 of the Exchange Act). Yes ☐ No ☒

The Registrant was not a public company as of the last business day of its most recently completed second fiscal quarter and, therefore, cannot calculate the aggregate market value of its voting and non-voting common equity held by non-affiliates as of such date.

| Class | Outstanding at September 15, 2025 |
|---|---|
| Common stock, par value $0.0001 per share | 264,387,563 |

**DOCUMENTS INCORPORATED BY REFERENCE**

None

Table of Contents

**EXPLANATORY NOTE**

**Items Amended in this Filing**

Next Bridge Hydrocarbons, Inc. (the "Company," "we," "our," or "us") is filing this Amendment No. 1 on Form 10-K/A (this "Form 10-K/A") to amend, correct errors, and restate certain items presented in the Company's Annual Report on Form 10-K for the year ended December 31, 2023, which was initially filed with the U.S. Securities and Exchange Commission ("SEC") on July 17, 2024 (the "2023 Original Filing"). This Form 10-K/A contains our audited restated annual financial statements as of and for the year ended December 31, 2023, which have been restated to correct certain errors in the 2023 Original Filing as described in further detail below.

A Change in Reporting Entity became effective at December 14, 2022, resulting from Spinoff lacking economic substance and requiring the inclusion of pre-spinoff historical financial reporting periods in all subsequent filings.

Comparative numbers for the year ended December 31, 2022 presented in this 10-K/A have been restated and disclosures detailing the impact of those restatements on subsequent filing periods – March 31, 2023, June 30, 2023, September 30, 2023 – as well as the year ended December 31, 2023, are included.

This Form 10-K/A also includes amendments to and restates and revises the following items of the 2023 Original Filing:

- Part I – Item 1. Business
- Part I – Item 2. Properties
- Part II – Item 7. Management's Discussion and Analysis of Financial Condition and Results of Operations
- Part II – Item 8. Financial Statements and Supplementary Data
- Part II – Item 9A. Controls and Procedures
- Part III – Item 14. Principal Accountant Fees and Services
- Part IV – Item 15 Exhibits, Financial Statement Schedules

In accordance with applicable SEC rules, this Form 10-K/A includes new certifications specified in Rule 13a-14 under the Securities Exchange Act of 1934, as amended (the "Exchange Act"), from our Chief Executive Officer and Chief Financial Officer dated as of the date of this filing. This Form 10-K/A also contains a new report of M&K CPAS, PLLC ("M&K"), the Company's independent registered public accounting firm, on the consolidated financial statements for the years ended December 31, 2023 and 2022, and a new consent of M&K.

Other than as described below, this Form 10-K/A does not reflect adjustments for events occurring after the filing of the 2023 Original Filing except to the extent that they are otherwise required to be included and discussed herein. See below for a detailed discussion of the effect of the restatement on the consolidated financial statements included in this Form 10-K/A.

Pursuant to Rule 12b-15 under the Exchange Act, this Form 10-K/A contains only the items and exhibits to the 2023 Original Filing that are being amended and restated, and unaffected items and exhibits are not included herein. Except as noted herein, the information included in the 2023 Original Filing remains unchanged. This Form 10-K/A continues to describe the conditions as of the date of the 2023 Original Filing, and except as contained herein, we have not updated or modified the disclosures contained in the 2023 Original Filing to reflect any events that have occurred after the 2023 Original Filing. Accordingly, forward-looking statements included in this Form 10-K/A may represent management's views as of the 2023 Original Filing and should not be assumed to be accurate as of any date thereafter. This Form 10-K/A should be read in conjunction with the Company's filings made with the SEC subsequent to the filing of the 2023 Original Filing, including any amendment to those filings.

Table of Contents

**Background of the Restatement**

In the 2023 10-K Original Filing, 100% of the carrying value of the Company's oil and natural gas assets (previously recorded as of December 31, 2022 and incurred in 2023), were impaired for the year ended December 31, 2023. In the Annual Report on Form 10-K for the year ended December 31, 2022 and the 2023 Original Filing, the Company applied business combination accounting and an adjustment to fair value had been applied to oil and natural gas assets that were received in the Spinoff transaction on December 14, 2022.

As a result of an internal review, the Company identified errors related to the impairment adjustment and the revaluation of assets from the Spinoff to fair value. The review was prompted by the Company's receipt of comments issued by the staff of the SEC related to their review of the annual report for December 31, 2023. After review of the staff's comments, discussion with the staff, and investigation and further analysis, the Company determined that errors had been made in the application of generally accepted accounting principles with respect to these matters.

Based on that subsequent analysis with respect to the Company's oil and natural gas properties, and a modification to account for the distribution by Meta Materials, Inc. of shares of our common stock to its preferred stockholders that was completed on December 14, 2022 (the "Spin-Off"), this Form 10-K/A includes:

- Reversal of the 100% impairment recorded as of and for the years ended December 31, 2023 and 2022; and
- Rescission of the business combination including adjustments to reverse the business combination fair value adjustment for the Orogrande Project (as defined below) originally recorded in connection with the Spin-Off. This adjustment returned the basis of oil and natural gas properties to their cumulative historical basis, just prior to the Spin-Off. Reference Note 2 for details of the corrections contained in the financial statements.

The restatement is included as part of a change in reporting entity, resulting from the Spin-Off lacking economic substance, and requiring the inclusion of pre spinoff historical financial reporting periods in all subsequent filings.

Reference Notes 2 and 3 to the consolidated financial statements for detail disclosures regarding the restatements.

Table of Contents

**Table of Contents**

**PART I**

| Item 1. | Business | 4 |
| Item 2. | Properties | 4 |

**PART II**

| Item 7. | Management's Discussion and Analysis of Financial Condition and Results of Operations | 16 |
| Item 8. | Financial Statements and Supplementary Data | 26 |
| Item 9A. | Controls and Procedures | 28 |

**PART III**

| Item 14. | Principal Accounting Fees and Services | 30 |

**PART IV**

| Item 15. | Exhibits and Financial Statement Schedules | 31 |
| | Signatures | 32 |

Table of Contents

**CAUTIONARY NOTE REGARDING FORWARD-LOOKING STATEMENTS**

The information contained in this 10-K/A includes "forward-looking statements" within the meaning of Section 27A of the Securities Act of 1933 and Section 21E of the Securities Exchange Act of 1934, as amended (the "Exchange Act"). These forward-looking statements are identified by their use of terms such as "can," "could," "continuing," "may," "will," "expect," "anticipate," "aim," "estimate," "intend," "ongoing," "plan," "predict," "potential," "project," "should," "seeks," "believe," "likely to" and similar words, phrases or expressions. All statements, other than statements of historical facts, included in this report, are forward-looking statements, including statements mentioned under "Risk Factors" and "Management's Discussion and Analysis of Financial Condition and Results of Operations," regarding:

- amount and timing of future production of oil and natural gas;
- amount, nature and timing of capital expenditures;
- the number of anticipated wells to be drilled after the date hereof;
- the availability of exploration and development opportunities;
- our financial or operating results;
- our cash flow and anticipated liquidity;
- operating costs including lease operating expenses, administrative costs and other expenses;
- finding and development costs;
- our business strategy; and
- other plans and objectives for future operations.

Our actual results and condition could differ materially from those implied or expressed in the forward-looking statements for any reason. They can be affected by a number of factors, including, among others:

- the risks described in "Risk Factors" and elsewhere in this report;
- the volatility of prices and supply of, and demand for, oil and natural gas;
- the timing and success of our drilling activities;
- the numerous uncertainties inherent in estimating quantities of oil and natural gas reserves and actual future production rates and associated costs;
- our ability to successfully identify, execute or effectively integrate future acquisitions;
- the usual hazards associated with the oil and natural gas industry, including fires, well blowouts, pipe failure, spills, explosions and other unforeseen hazards;
- our ability to effectively market our oil and natural gas;
- the availability of rigs, equipment, supplies and personnel;
- our ability to discover or acquire additional reserves;
- our ability to satisfy future capital requirements;
- changes in regulatory requirements;
- general economic conditions, status of the financial markets and competitive conditions; and
- our ability to retain key members of our senior management and key employees.

Moreover, we operate in a rapidly evolving environment. New risk factors and uncertainties emerge from time to time, and it is not possible for our management to predict all the risk factors and uncertainties, nor can we assess the impact of all factors on our business or the extent to which any factor, or combination of factors, may cause actual results to differ materially from those contained in any forward-looking statements. We qualify all of our forward-looking statements by these cautionary statements.

You should not rely upon forward-looking statements as predictions of future events. The forward-looking statements made in this report relate only to events or information available to us as of the date of this report. Except as required by law, we undertake no obligation to update or revise any forward-looking statements, whether as a result of new information, future events or otherwise.

1

Table of Contents

**DEFINITIONS**

The following are abbreviations and definitions of terms commonly used in the oil and gas industry and in this report. Natural gas equivalents and crude oil equivalents are determined using the ratio of six Mcf to one barrel. Unless the context otherwise requires, all references to "us," "our," "we," "NBH," the "Company" or "Next Bridge" mean Next Bridge Hydrocarbons, Inc. and where applicable, its consolidated subsidiaries including Torchlight Hazel, LLC, a Texas limited liability company ("Torchlight Hazel"), Hudspeth Oil Corporation, a Texas corporation ("Hudspeth"), Hudspeth Operating, LLC, a Texas limited liability company ("Hudspeth Operating"), and Torchlight Energy, Inc., a Nevada corporation ("TEI") and Wolfbone Investments LLC, a Texas limited liability company ("Wolfbone").

"**Bbl**" means a barrel of U.S. 42 gallons of oil.

barrel of oil equivalent.