UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
MIDLAND-ODESSA DIVISION

| | |
|---|---|
| MATTHEW J. PEASE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 7:24-cv-00322-DC-RCG |
| | ) |
| SECURITIES AND EXCHANGE COMMISSION, et al. | ) |
| | ) |
| Defendants. | ) |

NOTICE OF SUPPLEMENTAL AUTHORITY

Defendant U.S. Securities and Exchange Commission ("SEC" or "Commission") hereby submits this Notice of Supplemental Authority to alert the Court to an order issued by the United States District Court for the District of Vermont dismissing a lawsuit filed against the Chairman of the Commission by another MMTLP shareholder who alleged that the Commission's actions or inactions caused his investment losses. *See* Ex. 1, *Traudt v. Atkins*, 2:24-cv-01360, ECF 37 (D. Vt. Oct. 14, 2025).[1]

The court held that Traudt lacked standing, explaining that he "fails to articulate how Respondent's action (or lack of action) caused the alleged economic harm" because he cannot "show a predictable chain of events leading from the government action [or inaction] to the asserted injury." Ex. 1 at 3-4 (citing *FDA v. All. for Hippocratic Med.*, 602 U.S. 367, 385 (2024)). The court further held that Traudt "has not established how the alleged harm would be redressed by his requested remedy." *Id.* at 4.

The Commission raised these same standing arguments (among others) in its motion to dismiss in the present case, *see* ECF 35 at 14 - 17, and therefore the decision in *Traudt* is relevant to the Commission's pending motion to dismiss.

---

[1] The Commission was unable to file this Notice of Supplemental filing earlier because of the lapse of appropriations and the substantial limitations on its ability to perform work during the lapse pursuant to 31 U.S.C. § 1342.

2

          Respectfully Submitted,

Date: November 13, 2025          /s/ Eric A. Reicher

          Melinda Hardy*
          D.C. Bar No. 431906
          Eric A. Reicher*
          D.C. Bar No. 490866
          Securities and Exchange Commission
          100 F Street NE
          Washington, DC 20549
          (202) 551-7921 (phone) (Reicher)
          hardym@sec.gov
          reichere@sec.gov

          Jason J. Rose
          Texas Bar No. 24007946
          Securities and Exchange Commission
          801 Cherry Street, Suite 1900
          Fort Worth, Texas 76102
          (817) 978-1408 (phone)
          (817) 978-4927 (facsimile)
          rosej@sec.gov

          Counsel for Defendant

          * Admitted Pro Hac Vice

CERTIFICATE OF SERVICE

      I hereby certify that on this 13th day of November, 2025, I filed or caused to be filed the foregoing Notice of Supplemental Authority through the CM/ECF system which will provide service to Plaintiff since he has been granted permission to file electronically by the Court.

                                                      */s/ Eric A. Reicher*
                                                      Eric A. Reicher
                                                      Special Trial Counsel
                                                      U.S. Securities and Exchange Commission