IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

| | |
|---|---|
| **MATTHEW J. PEASE,** *Plaintiff,* § § § | |
| v. § | MO:24-CV-00322-DC |
| **SECURITIES & EXCHANGE COMMISSION, et al.,** *Defendants.* § § § § | |

## ORDER OF FINAL JUDGMENT

On February 25, 2026, the Court affirmed the Reports and Recommendations of United States Magistrate Judge Ronald C. Griffin (Docs. 104, 105, 106, 107), concerning the Defendants' motions to dismiss (Docs. 58, 29, 59, 35, respectively). Collectively, the R&Rs recommend dismissal of all claims in Plaintiff's operative complaint and denial of further leave to amend.

As nothing remains to resolve, the Court renders final judgment pursuant to Federal Rule of Civil Procedure 58.

It is so **ORDERED**.

SIGNED this 25th day of February, 2026.

_____
DAVID COUNTS
UNITED STATES DISTRICT JUDGE